United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | No. C 12-3488 CRB |
| Plaintiff, | **ORDER REMANDING** |
| v. | |
| REGINA JOHNSON, ET AL., | |
| Defendant. | |

The Court has reviewed Magistrate Judge Corley's Report and Recommendation regarding Plaintiff's Motion to Remand. The Court finds the Report correct, well-reasoned, and thorough, and ADOPTS it in all respects. Accordingly, the Court REMANDS the case to Alameda County Superior Court.

**IT IS SO ORDERED.**

Dated: October 29, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\3488\order adopting r&r.wpd